46059.   SMITH v. CLARK.

JORDAN, Presiding Judge. 1. "The judgment appealed from in the present case is a judgment granting a motion for new trial, and

there being no certificate of the trial judge as required by the statute [Ga. L. 1968, pp. 1072, 1073; *Code Ann.* § 6-701 (a) 2], the appeal must be dismissed. *Berg v. Berg,* 118 Ga. App. 353 (163 SE2d 888); *Nugent v. Willis,* 118 Ga. App. 335 (163 SE2d 891); *Rockmart Finance Co. v. High,* 118 Ga. App. 351 (163 SE2d 758)." *Stewart v. Church,* 119 Ga. App. 58 (166 SE2d 436). See also *Fife v. Johnston,* 225 Ga. 447 (169 SE2d 167).

2. Moreover, even if the appeal were properly here, this court will not disturb the first grant of a new trial on the general grounds where no abuse of discretion by the trial judge appears and the evidence does not demand a verdict and judgment for the plaintiff in any specific amount. *Code Ann.* § 6-1608; *Martin v. Denson,* 117 Ga. App. 288 (160 SE2d 210); *Warren v. Mann,* 117 Ga. App. 787 (161 SE2d 894); *Prosser v. Horis A. Ward, Inc.,* 123 Ga. App. 205.

*Appeal dismissed. Quillian and Evans, JJ., concur.*
ARGUED MARCH 3, 1971—DECIDED MARCH 10, 1971.

*L. B. Kent,* for appellant.
*Young, Thompson, Redmond & Young, W. H. Young, III,* for appellee.